

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION**

DESMOND DENZEL ALLEN,                  §
            Plaintiff,               §
                                 §
                                 §
vs.                                    §     CIVIL ACTION NO. 3:25-1354-MGL
                                 §
                                 §
CITY OF COLUMBIA, COLUMBIA POLICE      §
DEPARTMENT, and NICHOLAS Q. SEXTON,    §
            Defendants.              §

---

**ORDER ADOPTING THE REPORT AND RECOMMENDATION,
DISMISSING THE COMPLAINT WITHOUT PREJUDICE
AND WITHOUT ISSUANCE AND SERVICE OF PROCESS,
AND DENYING PLAINTIFF'S MOTIONS**

---

Plaintiff Desmond Denzel Allen (Allen), who is representing himself, filed this lawsuit against Defendants City of Columbia, Columbia Police Department, and Nicholas Q. Sexton.

The matter is before the Court for review of the Report and Recommendation (Report) of the United States Magistrate Judge suggesting to the Court the Complaint be dismissed without prejudice and without issuance and service of process. The Report was made in accordance with 28 U.S.C. § 636 and Local Civil Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with the Court. *Mathews v. Weber*, 423 U.S. 261, 270 (1976). The Court is charged with making a de novo determination of those portions of the Report to which specific objection is made, and the Court may

accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions. 28 U.S.C. § 636(b)(1).

The Magistrate Judge filed the Report on May 30, 2025, but Allen failed file any objections. "[I]n the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note). Moreover, a failure to object waives appellate review. *Wright v. Collins*, 766 F.2d 841, 845-46 (4th Cir. 1985).

After a thorough review of the Report and the record in this case pursuant to the standard set forth above, the Court adopts the Report and incorporates it herein. It is therefore the judgment of the Court this action is **DISMISSED WITHOUT PREJUDICE** and without issuance and service of process.

After the Magistrate Judge filed the Report, Allen filed motions to appoint counsel, to be placed in federal protection or institution, for compensation, and for immediate release. But, he has neglected to present any factual or legal bases that would make the granting of any of these motions proper. In other words, he has failed to establish a clear right to the relief he seeks in these motions. Consequently, these four motions are **DENIED.**

**IT IS SO ORDERED**.

Signed this 24th day of September, 2025, in Columbia, South Carolina.

/s/ Mary Geiger Lewis
MARY GEIGER LEWIS
UNITED STATES DISTRICT JUDGE

*****
**NOTICE OF RIGHT TO APPEAL**

Allen is hereby notified of the right to appeal this Order within thirty days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.